UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00189

———

**Milisa Foster Galyeon**,

*Petitioner,*

v.

**Texas Department of Child and Family Services et al.,**

*Respondents.*

———

## ORDER

Petitioner filed a petition for writ of habeas corpus challenging the custodial placement of her daughter pending child welfare proceedings. The petition was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3. On May 13, 2021, the magistrate judge issued a report recommending that the petition be dismissed with prejudice for lack of subject matter jurisdiction. Doc. 5. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition is dismissed with prejudice for lack of subject matter jurisdiction.

*So ordered by the court on June 9, 2021.*

_____

J. CAMPBELL BARKER
United States District Judge